# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL ACTION |
| | : | |
| v. | : | No. 17-197 |
| | : | |
| RICHARD BOYLE, | : | |

## O R D E R

**AND NOW**, this 26th day of September, 2018, upon consideration of Defendant's Motion to Suppress (Doc. No. 50), the Government's Response (Doc. No. 51), Defendant's Reply (Doc. No. 53), and following oral argument on September 14, 2018, **IT IS ORDERED** that Defendant's Motion (Doc. No. 50) is **DENIED**.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE