# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| v. | : | |
| | : | No. 17-197 |
| **RICHARD BOYLE** | : | |

## O R D E R

**AND NOW,** this 12th day of August, 2022, upon consideration of Mr. Boyle's Pro Se Motion to Disqualify Trial Court Judge Pursuant to Rules Governing 28 U.S.C. § 2255 (Doc. No. 168), Mr. Boyle's Pro Se Motion to Recuse District Court Judge Pursuant to 28 U.S.C. §§ 455 and 144 (Doc. No. 172), those Motions' accompanying affidavits and certifications, and the Government's Response in Opposition (Doc. No. 176), it is hereby **ORDERED** that the Motions (Doc. Nos. 168 and 172) are **DENIED** for the reasons set forth in the accompanying memorandum.

BY THE COURT:

s/ Gene E.K. Pratter
**GENE E.K. PRATTER**
**UNITED STATES DISTRICT JUDGE**