**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **Criminal Action No. 2:17-197** |
| | ) | |
| **v.** | ) | **Civil Action No. 2:22-1331** |
| | ) | |
| **RICHARD BOYLE** | ) | |
| | ) | |
| | ) | |

## <u>ORDER</u>

 **AND NOW**, this 5th day of January, 2026, for the reasons stated in the Memorandum Opinion contemporaneously filed herewith, **IT IS HEREBY ORDERED, ADJUDGED, and DECEED** that the Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence (ECF No. 167) filed by Defendant Richard Boyle is **DENIED**.

 **IT IS FURTHER ORDERED** that the two motions for evidentiary hearing filed at ECF Nos. 202 and 212 are **DENIED**; the Motion for Judicial Notice filed at ECF No. 232 is **DENIED**; and the Motion to Amend 28:2255 filed at ECF No. 239 motion is **DENIED**.

 **IT IS FURTHER ORDERED** the Clerk's Office is directed to mark this case **CLOSED**.

 **AND IT IS FURTHER ORDERED**, pursuant to Rule 4(a)(1)(A) of the Federal Rules of Appellate Procedure, any party wishing to appeal must file a Notice of Appeal within 60 days.

BY THE COURT:

<u>s/ Mark R. Hornak</u>
Mark R. Hornak
United States District Judge

cc:    RICHARD BOYLE
       HR 8086
       SCI PHOENIX
       1200 MOKYCHIC DRIVE
       COLLEGEVILLE, PA 19426
       (via U.S. First Class Mail)

       All counsel of record
       (via ECF electronic notification)